IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: HILDY BOWBEER
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Case No: 21-mj-445 HB |
| Brian Christopher Mock, | Date: June 11, 2021 |
| | Video Conference |
| Defendant. | Time Commenced: 1:43 p.m. |
| | Time Concluded: 2:02 p.m. |
| | Time in Court: 17 minutes |

APPEARANCES:

    Plaintiff: Michelle Jones, Assistant U.S. Attorney
    Defendant: Keala Ede, Assistant Federal Public Defender
        X FPD      X To be appointed

X Advised of Rights

on   X Complaint
X Date charges or violation filed: 6/10/2021
X Current Offense: Assaulting, Resisting, or Impeding Certain Officers;
Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
Obstruction of Law Enforcement During Civil Disorder;
Acts of Physical Violence in any of the Capitol Buildings or Grounds
X **Charges from other District:** District of Columbia
X Title and Code of underlying offense from other District: 18:111(a)(1)
X Case no: 21-mj-469

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is June 15, 2021 at 11:30 a.m. via video conference before U.S. Magistrate Judge Katherine M. Menendez for:
X Detention hrg    X Preliminary hrg

X Removal hearing waived

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Defendant consents to this hearing via video conference.
X Government motions to unseal the Complaint - Granted

                                                 s/ JAM
                                    Signature of Courtroom Deputy